Perlette Jura, SBN 242332
PJura@gibsondunn.com
Timothy Loose, SBN 241037
TLoose@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7746

Al Kelly (*pro hac vice*)
AKelly@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1900 Lawrence St, Suite 3000
Denver, Colorado 80202
(303) 298-5700

*Counsel for Defendant Nestlé Health Science US Holdings, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA PITRE,<br><br>Plaintiff,<br><br>v.<br><br>NESTLÉ HEALTH SCIENCE US HOLDINGS, INC.,<br><br>Defendant. | Case No. 3:26-cv-04652-RFL<br><br>**JOINT STIPULATION TO SET BRIEFING SCHEDULE FOR MOTION TO DISMISS**<br><br>Judge: Rita F. Lin<br><br>Amended Complaint Filed: June 15, 2026 |

Pursuant to Civil Local Rule 6-2(a), Plaintiff Yolanda Pitre and Defendant Nestlé Health Science US Holdings, Inc. (together, the "Parties") jointly stipulate and request that the Court set a schedule for Plaintiff's filing of her anticipated Second Amended Complaint and for briefing on Defendant's anticipated motion to dismiss that complaint. In support of this stipulation and request, the Parties state as follows:

1. Plaintiff filed a complaint in this action on May 18, 2026.

2. Plaintiff filed an amended complaint on June 15, 2026, solely for the purpose of correcting the name of the entity listed as Defendant. At the time of this filing, the Parties agreed that this Amended Complaint would not be considered Plaintiff's amendment of right pursuant to Federal Rule of Civil Procedure 15(a)(1).

3. Defendant executed a waiver of service on June 25, 2026, and its current deadline for responding to the complaint is August 24, 2026.

4. Defendant has not filed an answer or motion in response to any complaint in this case. Plaintiff has notified Defendant that she intends to file a second amended complaint and the Parties agree it is in the best interest of the Parties and the Court to set an orderly briefing schedule for Defendant's anticipated motion to dismiss that complaint.

5. No party has requested an extension in this matter to date.

Accordingly, the Parties respectfully request that the Court set the following schedule:

1. August 14, 2026: Deadline for Plaintiff to file her Second Amended Complaint.

2. September 18, 2026: Deadline for Defendant to file its motion to dismiss.

3. October 23, 2026: Deadline for Plaintiff to file an opposition to the motion to dismiss.

4. November 20, 2026: Deadline for Defendant to file a reply in support of its motion to dismiss.

The Parties further request that the Court continue the Case Management Conference currently set for August 19, 2026 to occur after resolution of Defendant's forthcoming motion to dismiss.

The parties reserve all rights. Nothing herein should be construed as a waiver of any of the parties' arguments, rights, defenses, or remedies, including jurisdictional defenses.

In accordance with Civil Local Rule 5-1(i)(3), the undersigned and filing attorney, Al Kelly,

1

hereby attests that concurrence in the filing of this document has been obtained from each of the other signatories who are listed below.

Dated: August 5, 2026      Respectfully submitted,

By: */s/ Al Kelly*
Perlette M. Jura, SBN 242332
PJura@gibsondunn.com
Timothy W. Loose, SBN 241037
TLoose@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7746

Al Kelly (*pro hac vice*)
AKelly@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1900 Lawrence St, Suite 3000
Denver, Colorado 80202
(303) 298-5700

*Attorneys for Defendant Nestlé Health Science US Holdings, Inc.*

Dated: August 5, 2026      Respectfully submitted,

By: */s/ Rebecca A. Peterson*
Rebecca A. Peterson (#241858)
Krista K. Freier
Catherine Peterson
HECHT PARTNERS LLP
1650 W. 82nd Street, Suite 880
Bloomington, Minnesota 55431
Telephone: (612) 778-9595
E-mail: rpeterson@hechtpartners.com
kfreier@hechtpartners.com
cpeterson@hechtpartners.com

Kara A. Elgersma
Andrew D. Yoder
WEXLER BOLEY & ELGERSMA, LLP
311 S. Wacker, Suite 5450
Chicago, Illinois 60606
Telephone: (312) 346-2222
Email: kae@wbe-llp.com
ay@wbe-llp.com

*Attorneys for Plaintiff Yolanda Pitre*