Al Kelly (*pro hac vice*)
AKelly@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1900 Lawrence St, Suite 3000
Denver, Colorado 80202
(303) 298-5700

*Counsel for Defendant Nestlé Health Science US Holdings, Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA PITRE, | Case No. 3:26-cv-04652-RFL |
| Plaintiff, | **DECLARATION OF AL KELLY IN SUPPORT OF JOINT STIPULATION TO SET BRIEFING SCHEDULE FOR MOTION TO DISMISS** |
| v. | |
| NESTLÉ HEALTH SCIENCE US HOLDINGS, INC., | Judge:  Rita F. Lin |
| Defendant. | Amended Complaint Filed:  June 15, 2026 |

I, Al Kelly, declare as follows:

1.     I am an attorney admitted to practice law in the State of Colorado and am admitted in this case *pro hac vice.*  I am an attorney in the law firm of Gibson, Dunn & Crutcher LLP, and I am one of the attorneys responsible for representing Defendant Nestlé Health Science US Holdings, Inc. in the above-referenced action.  I submit this declaration in support of the Parties' joint stipulation to set a briefing schedule.  Unless otherwise stated, the following facts are within my personal knowledge and, if called and sworn as a witness, I could and would testify competently to these facts.

2.     Plaintiff filed a complaint in this action on May 18, 2026.

3.     Plaintiff filed an amended complaint on June 15, 2026, solely for the purpose of correcting the name of the entity listed as Defendant.  At the time of this filing, the Parties agreed that this Amended Complaint would not be considered Plaintiff's amendment of right pursuant to Federal Rule of Civil Procedure 15(a)(1).

4.     Defendant executed a waiver of service on June 25, 2026, and its current deadline for responding to the complaint is August 24, 2026.

5.     Defendant has not filed an answer or motion in response to any complaint in this case.  Plaintiff has notified Defendant that she intends to file a second amended complaint and the Parties agree it is in the best interest of the Parties and the Court to set an orderly briefing schedule for Defendant's anticipated motion to dismiss that complaint.

6.     No party has requested an extension in this matter to date.

7.     The Parties respectfully request that the Court set the following schedule:

    a.  August 14, 2026:  Deadline for Plaintiff to file her Second Amended Complaint.

    b.  September 18, 2026:  Deadline for Defendant to file its motion to dismiss.

    c.  October 23, 2026:  Deadline for Plaintiff to file an opposition to the motion to dismiss.

    d.  November 20, 2026:  Deadline for Defendant to file a reply in support of its motion to dismiss.

The Parties further request that the Court continue the Case Management Conference currently set for August 19, 2026 to occur after resolution of Defendant's forthcoming motion to dismiss.

DECLARATION OF AL KELLY IN SUPPORT OF JOINT STIPULATION TO SET BRIEFING SCHEDULE
Case No. 3:26-cv-04652-RFL

Dated: August 5, 2026

Respectfully submitted,

By: /s/ Al Kelly
Al Kelly (*pro hac vice*)
AKelly@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1900 Lawrence St, Suite 3000
Denver, Colorado 80202
(303) 298-5700

*Counsel for Defendant Nestlé Health Science US Holdings, Inc.*

2