# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA PITRE,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>NESTLÉ HEALTH SCIENCE US HOLDINGS, INC.,<br><br>　　　　　　　Defendant. | Case No. 3:26-cv-04652-RFL<br><br>**ORDER GRANTING JOINT STIPULATION TO SET BRIEFING SCHEDULE FOR MOTION TO DISMISS**<br><br>Judge:  Rita F. Lin<br><br>Amended Complaint Filed:  June 15, 2026 |

Having considered all of the papers filed by the Parties in connection with their joint stipulation to set a briefing schedule, the papers and records on file in this action, and all other matters of which the Court may properly take judicial notice, the Court **GRANTS** the Parties' stipulation.

In particular, the Court **ORDERS** as follows:

1. Plaintiff shall file her Second Amended Complaint by August 14, 2026.

2. Defendant shall file any motion to dismiss by September 18, 2026.

3. Plaintiff shall file an opposition to the motion to dismiss by October 23, 2026.

4. Defendant shall file a reply in support of its motion to dismiss by November 20, 2026.

5. The Case Management Conference currently set for August 19, 2026 is continued and will be rescheduled after resolution of Defendant's forthcoming motion to dismiss.

**IS SO ORDERED.**

Dated: August 06, 2026

_____
Hon. Rita F. Lin
United States District Judge

1