HAGENS BERMAN SOBOL SHAPIRO LLP

Rebecca A. Peterson (Cal. Bar No. 241858)
1650 West 82nd Street, Suite 880
Bloomington, MN 55431
Telephone: (952) 245-8665
Email: rebecca.peterson@hbsslaw.com

HONORABLE RITA F. LIN

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANSCISCO DIVISION**

| | |
|---|---|
| YOLANDA PITRE,<br><br>Plaintiff,<br><br>v.<br><br>NESTLE HEALTH SCIENCE US HOLDINGS, INC.<br><br>Defendant. | Case No. 3:26-cv-04652-RFL<br><br>**CHANGE OF FIRM AFFILIATION, ADDRESS AND E-MAIL DESIGNATION** |

**TO: THE CLERK OF THE COURT:**

**PLEASE TAKE NOTICE** that Rebecca A. Peterson, counsel for plaintiff in the above-captioned matter, is no longer affiliated with Hecht Partners LLP. Attorney Rebecca A. Peterson has joined the law firm of Hagens Berman Sobol Shapiro LLP, located at 1650 West 82nd Street, Suite 880, Bloomington, MN 55431, and is now affiliated with this firm.

**Rebecca A. Peterson's new address, telephone, and email are:**

Rebecca A. Peterson
1650 West 82nd Street, Suite 880
Bloomington, MN 55431
Telephone: (952) 245-8665
Email: rebecca.peterson@hbsslaw.com

DATED: October 16, 2026

Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By: /s/ *Rebecca A. Peterson*

Rebecca A. Peterson
1650 West 82nd Street, Suite 880
Bloomington, MN 55431
Telephone: (952) 245-8665
Email: rebecca.peterson@hbsslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By: /s/ *Rebecca A. Peterson*

Rebecca A. Peterson
1650 West 82nd Street, Suite 880
Bloomington, MN 55431
Telephone: (952) 245-8665
Email: rebecca.peterson@hbsslaw.com